FILED

13 NOV 22 AM 10:44

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _WTO_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANKIE KING, <br><br> Defendant. | No. 13CR1128-BEN <br><br> **ORDER EXONERATING CRIMINAL BOND AND RECONVEYANCE OF PROPERTY** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the criminal bond in the above-entitled case be exonerated and the real property located at 282 Liberty Street Lynch, KY 40855 (as described with particularity in attached Exhibit "A"), be released and reconveyed to Frank and Delores King, Husband and Wife as Joint Tenants, who request that all recording documents be mailed to 282 Liberty Street Lynch, KY 40855.

SO ORDERED.

Dated: 11/21/13

ROGER T. BENITEZ
U.S. DISTRICT JUDGE